IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
                              )   CRIMINAL ACTION NO.
     v.                       )       2:13cr27-MHT
                              )           (WO)
GLENDA P. DERAMUS and         )
JEFFREY ALAN NURSEY           )
```

## OPINION AND ORDER

This cause is before the court on defendants Glenda P. Deramus and Jeffrey Alan Nursey's joint motion to continue trial. The trial is currently set for September 9, 2013. Based on the representations made in the motion as well as at a hearing on August 19, 2013, and for the reasons set forth below, the court finds that jury selection and trial should be continued to December 9, 2013.

While the granting of a continuance is left to the sound discretion of the trial judge, United States v. Stitzer, 785 F.2d 1506, 1516 (11th Cir. 1986), the court

is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161.  The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

Id. § 3161(c)(1).  The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial."  Id. § 3161(h)(7)(A).  In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance would "result in a miscarriage of justice," id. § 3161(h)(7)(B)(I), or "would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation,

taking into account the exercise of due diligence." Id. § 3161(h)(7)(B)(iv).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interests of the public, Deramus, and Nursey in a speedy trial.  This case involves voluminous evidence and a multitude of witnesses.  In large part because of the high volume of evidence, this court earlier granted a continuance in this case, citing the "thousands of pages of business records and client files" and "dozens of potential witnesses" at play.  Order (Doc. No. 28) at 3.  Now, even more evidence and witnesses have surfaced that Deramus and Nursey must explore and address.  In addition, the attorney representing Nursey has another trial set to take place in September.

***

Accordingly, it is ORDERED that:

3

(1) Defendants Glenda P. Deramus and Jeffrey Alan Nursey's joint motion for a continuance (doc. no. 50) is granted.

(2) The jury selection and trial for both defendants Deramus and Nursey, now set for September 9, 2013, are reset for December 9, 2013, at 10:00 a.m., in the United States Courthouse, One Church Street, Montgomery, Alabama.

DONE, this the 19th day of August, 2013.

                        /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**