IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:13cr27-MHT |
| GLENDA P. DERAMUS and | ) | |
| JEFFREY ALAN NURSEY | ) | (WO) |

NOTICE TO NEW COUNSEL

It appears that new counsel have appeared for both defendants Glenda P. Deramus and Jeffrey Alan Nursey. The new counsel are informed that the trial of this case has been specially set for June 9, 2014, and <u>that there will be no continuance</u>.

DONE, this the 2nd day of April, 2014.

           /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE