IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:13cr27-MHT |
| GLENDA P. DERAMUS and | ) | (WO) |
| JEFFREY ALAN NURSEY | ) | |

ORDER

Based on the representations made on the record on April 9, 2014, it is ORDERED that the motion for reconsideration (Doc. No. 87), filed by defendants Glenda P. Deramus and Jeffrey Alan Nursey, is denied with leave to renew.

***

This case is over a year old, and well beyond the 'original' Speedy Trial deadline; there have been five different trial dates in this case so far; the last trial date was specifically set for this case alone, with the court and its staff going out of their way to make special arrangements for the jury trial of this case;

when new counsel agreed to represent defendants Deramus and Nursey, they knew, at the time, that they had a potentially serious conflict with a state criminal trial in which they were counsel; and, in any event, based on the representations made on the record on April 9, 2014, it appears that this conflict may not materialize.

DONE, this the 11th day of April, 2014.

                                       /s/ Myron H. Thompson  
                                  **UNITED STATES DISTRICT JUDGE**