```
      IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

         MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA     )
                             )
    v.                       )    CRIMINAL ACTION NO.
                             )        2:13cr27-MHT
GLENDA P. DERAMUS and        )           (WO)
JEFFREY ALAN NURSEY          )
```

                              ORDER

Based on the representations made on the record on May 23, 2014, and by agreement of the parties, it is ORDERED that the government's first motion in limine (Doc. No. 93), seeking guidance on the admission of personal identifying information ("PII") and personal health information ("PHI") in light of the Middle District of Alabama's Local Rule 5.2, is granted.

It is further ORDERED that:

(1) The parties may submit unredacted exhibits containing PII and PHI to the jury; however, the courtroom shall be arranged so that exhibits in the form of written documents containing PII and PHI shall be

displayed only to the jury and shall not be visible to spectators.  Jurors shall receive unredacted exhibits for their deliberations in the jury room.  Unredacted exhibits admitted into evidence shall be placed under seal, and redacted exhibits shall be admitted into the public record.

(2) If the presentation of evidence requires PII or PHI to be elicited in audio form, then the courtroom shall be cleared prior to any presentation of PII or PHI in audio form.

DONE, this the 23rd day of May, 2014.

                                     /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE