## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:13cr27-MHT |
| | ) | (WO) |
| GLENDA P. DERAMUS and | ) | |
| JEFFREY ALAN NURSERY | ) | |

### O R D E R

Upon consideration of the Government's Motion to Strike the forfeiture allegation from the superseding indictment (doc. no. 122), it is ORDERED that the motion is granted.

DONE, this the 10th day of October, 2014.

　　　　　　　　　　　　　　　　　　/s/  Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE